**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stephen Robert BULL, Defendant–Appellant.**

No. 14–10364.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2015.*

Filed April 27, 2015.

Phillip Nelson Smith, Jr., Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Alina Maria Shell, Federal Public Defender's Office Las Vegas, Las Vegas, NV, for Defendant–Appellant.

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Court Judges.

MEMORANDUM **

Stephen Robert Bull appeals from the district court's judgment and challenges the 14–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Bull contends that his sentence is substantively unreasonable in light of the mitigating factors he presented to the district court. The district court did not abuse its discretion in imposing Bull's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Bull's repeated violations of supervised release. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586; *United States v. Miqbel,* 444 F.3d 1173, 1182 (9th Cir.2006).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

